**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03389-GPG

RAYMOND T. HATCHER,

    Plaintiff,

v.

[NO NAMED DEFENDANT],

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff filed a Notice with the Court that requests an order to grant substitution of attorney. ECF No. 5.  Since Plaintiff was not properly represented by counsel, prior to Attorney Lawrence D. Rohlfing consenting to represent Plaintiff, the Court construes the notice of substitution as an entry of appearance by counsel.  The Court also directs Plaintiff, through counsel, to comply with the Order to Cure Deficiencies by filing a Complaint that names a defendant and states the basis for jurisdiction for this action.  Finally, the Motion to Proceed in District Court Without Prepaying Fees or Costs, ECF No. 6, is denied as moot because Plaintiff as paid the $400 filing fee.  The Court will allow Plaintiff an additional fourteen days from the date of this Minute Order to comply with the Order to Cure before proceeding to determine the merits of the Complaint.

Dated:  January 23, 2015