IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14cv-03389-GPG

RAYMOND HATCHER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(a), the Court has determined that this case does not appear to be appropriate for summary dismissal.  Therefore, the case will be placed on the AP docket.  Accordingly, it is

ORDERED that this case shall be placed on the AP docket.

DATED February 4, 2015, at Denver, Colorado.

                                        BY THE COURT:

                                        S/ Gordon P. Gallagher

                                        United States Magistrate Judge