**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  14-cv-03389-REB

RAYMOND T. HATCHER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**ORDER**

**Blackburn, J.**

    This matter is before the court *sua sponte*.  The parties have indicated their intent under D.C.COLO.LCivR 72.2(d) to consent to the jurisdiction of a magistrate judge under 28 U.S.C.  § 636(c).  (***See* Joint Case Management Plan** ¶ 10 [#19], filed June 4, 2015.)  To effectuate that consent, the parties must file the form required under Rule 72.2(d), entitled "Consent to the Exercise of Jurisdiction by a United States Magistrate Judge," a copy of which is attached to this Order.[1]  If the parties persist under Rule 72.2(d) in their consent to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c), they should complete and file the consent form attached to this Order.

    **THEREFORE, IT IS ORDERED** that by **August 19, 2015**, the parties may sign and file the attached form of consent.

    Dated August 5, 2015, at Denver, Colorado.

                                                        **BY THE COURT:**

                                                        *[signature: Bob Blackburn]*
                                                        Robert E. Blackburn
                                                        United States District Judge

---

[1] A paradigm of this form also is available on the court's website under "Rules & Procedures" at "Forms" and then under "Local Rules of Practice Forms."