IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-03389-NYW

RAYMOND HATCHER,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order signed by the Honorable Nina Y. Wang on March 23, 2016, incorporated herein by reference, it is

ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Raymond Hatcher.  It is

FURTHER ORDERED that this civil action and complaint are DISMISSED with each party to bear his and her own fees and costs.

DATED at Denver, Colorado this  24th   day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK



s/N. Marble
N. Marble
Deputy Clerk